Andrew P. Rundquist (State Bar #262523)
Law Office of Andrew P. Rundquist
501 W Broadway, Suite A144
San Diego, CA 92101
Tel.: (619)992-9148
andrew@rundquistlaw.com

Attorney for Christian Goodman

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christian Goodman, | Case No. 25CV1908-GPC-BLM |
| Plaintiff, | **Joint Motion to Dismiss** |
| vs. | |
| Kaiser Foundation Health Plan, Inc., | |
| Defendant(s). | |

Plaintiff Christian Goodman and Defendant Kaiser Foundation Health Plan, Inc. by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), hereby jointly move for dismissal of this action in its entirety with prejudice.  Each party to bear its own costs and fees.

Dated: September 3, 2025

Law Office of Andrew P. Rundquist
/s/ Andrew P. Rundquist
Andrew P. Rundquist
Attorney for Plaintiff Christian Goodman

Dated: September 3, 2025

Sheppard Mullin - Del Mar office
/s/ Shannon Petersen
Shannon Petersen
Attorney for Defendant Kaiser
Foundation Health Plan, Inc.

1